**Rodney M. LUNSFORD, Plaintiff—Appellant,**

v.

**Scott Wade POWELL; Sergeant Scott, Defendants—Appellees.**

No. 03–6310.

United States Court of Appeals, Fourth Circuit.

Submitted Nov. 6, 2003.

Decided Nov. 17, 2003.

Rodney M. Lunsford, pro se.

Mary S. Mercer, Assistant Attorney General, Raleigh, North Carolina, for Appellees.

Before WIDENER, MICHAEL, and TRAXLER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

PER CURIAM:

Rodney M. Lunsford appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Lunsford v. Powell*, No. CA–02–490–5–BO (E.D.N.C. Feb. 11, 2003). We dispense

with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*